**Travis Brock BYRD, Defendant–Appellant,**

v.

**UNITED STATES of America, Plaintiff–Appellee.**

No. 13–7857.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 23, 2014.

Decided: Jan. 28, 2014.

Travis Brock Byrd, Appellant Pro Se. Shailika K. Shah, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Brock Byrd appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Byrd,* No. 5:06–cr–00298–D–1 (E.D.N.C. Nov. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*